**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLYDE RAYMOND WALLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 4:22-cv-02681-YGR<br><br>**ORDER TO SHOW CAUSE** |

TO PLAINTIFF'S COUNSEL OF RECORD:

The declination filed on June 13, 2022, failed to comply with this Court's Order at Docket No. 30. Therefore, you are hereby ordered to appear at this Court's case management conference calendar on Monday, June 27, 2022 at 1:45 p.m. If compliance with Docket Number 30 is complete by June 23, 2022, the conference will be taken off calendar. Failure to comply will result in sanctions of $200.00.

**IT IS SO ORDERED.**

Dated: June 15, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE